# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** §<br>*Plaintiff* §<br>§<br>**v.** §    Case No. 1:22-cr-00122-LY-5<br>§<br>**KENNY CANO GUZMAN (5),** §<br>*Defendant* § | |

## Order on Motion to Withdraw and Appoint New Counsel

Now before the Court is Defendant Kenny Cano Guzman's Unopposed Motion to Withdraw and Appointment of New Counsel, filed April 5, 2023 (Dkt. 221). The District Court referred the Motion to the undersigned Magistrate Judge for resolution (Dkt. 222).

On April 13, 2024, the Court held a hearing on the Motion. Having considered the Motion, the Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Withdraw and Appointment of New Counsel (Dkt. 221) is **GRANTED**. Terrence Michael Marsh is hereby **WITHDRAWN** and, consistent with the Court's Order Regarding Financial Status (Dkt. 95), **Hipolito Gonzalez III #24047760** is hereby **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that the Government shall provide to Mr. Gonzalez for discovery or inspection all items, information, and material previously produced to Mr. Marsh in this case.

**IT IS FINALLY ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on April 14, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE